**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of Plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> LKN STRATEGIES, INC.; <br> and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     21 C 3511 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SETTLEMENT AND STATUS REPORT**

Plaintiff Able Home Health, LLC and Defendant LKN Strategies, Inc. respectfully submit this notice and status report to inform the Court that the Parties have resolved this matter on an individual basis. The Parties expect to file a stipulation of dismissal within the next sixty (60) days. The Parties request that the Court stay all pending deadlines in the interim.

Respectfully submitted,

| | |
|---|---|
| s/ *Heather Kolbus* <br> Daniel A. Edelman (0712094) <br> Heather Kolbus (6278239) <br> EDELMAN, COMBS, LATTURNER <br> & GOODWIN, LLC <br> 20 South Clark Street, Suite 1500 <br> Chicago, IL 60603 <br> (312) 739-4200 <br> (312) 419-0379 <br><br> *Attorneys for Plaintiff* | By: s/ *Justin M. Penn* <br> Justin M. Penn (6283726) <br> **Hinshaw & Culbertson LLP** <br> 151 North Franklin Street, Suite 2500 <br> Chicago, IL 60606 <br> Telephone: 312-704-3000 <br> Facsimile: 312-704-3001 <br> jpenn@hinshawlaw.com <br><br> *Attorneys for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

       I, Heather Kolbus, hereby certify that on October 13, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which sent notice by email to the following party:

    Justin M. Penn – jpenn@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    151 North Franklin Street, Suite 2500
    Chicago, IL  60606

                             *s/ Heather Kolbus*
                             Heather Kolbus

Daniel A. Edelman (0712094)
Heather Kolbus (6278239)
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379

-2-