# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Able Home Health, LLC

                Plaintiff,

v.

                Case No.: 1:21−cv−03511
                Honorable John Robert Blakey

LKN Strategies, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 8, 2021:

        MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the stipulation of dismissal [17], this case is dismissed without prejudice as to class claims against Defendant LKN Strategies, Inc. and John Does 1-10 and with prejudice as to Plaintiff's individual claims against Defendant. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.